The Hon. Ricardo S. Martinez

08-CV-01381-BR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$293,200.00 IN U.S. CURRENCY, more or less, and all proceeds therefrom,<br><br>Defendant. | NO. CV08-1381-RSM<br><br>**STIPULATED SETTLEMENT AGREEMENT** |

IT IS HEREBY STIPULATED between the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Richard Cohen, Assistant United States Attorney for said District, and Claimant Matthew Krane, *Pro Se*, to a settlement of all claims to the following property:

    a.    $293,200.00 in United States currency, more or less; ("the defendant currency"), which is the defendant in the current in rem civil forfeiture action.

This Stipulated Settlement Agreement is entered into between the parties pursuant to the following stipulated terms:

//
//

STIPULATED SETTLEMENT AGREEMENT
US v. $293,200.00 in United States Currency (CV08-1381-JCC) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1. On September 15, 2008, the United States filed a Verified Complaint for Forfeiture in rem against the above listed defendant currency pursuant to 31 U.S.C. § 5317(c)(1)(A), based on alleged violations of 31 U.S.C. §5324(a)(1). See Docket No. 1.

2. On February 17, 2009, Matthew Krane filed a timely claim to the defendant currency. See Docket No. 10.

3. On June 1, 2009, Matthew Krane filed an Answer to the United State's Complaint. See Docket No. 16.

4. On December 10, 2009, Matthew Krane entered into plea agreements with the United States in two criminal cases, United States v. Jeffrey I. Greenstein, et al., Criminal No. CR08-296 RSM, and United States v. Matthew Krane, Criminal No. CR09-391 RSM. See CR08-296 Docket No. 89 and CR09-391 Docket No. 9. The charges to which Matthew Krane pleaded guilty were not the violations upon which this current forfeiture action in rem is based. Id.

6. On March 19, 2010, the United States and Matthew Krane jointly stipulated and requested that the Court strike the trial date and transfer the case to the Honorable Ricardo S. Martinez, to whom the above-referenced criminal matters are assigned. See Docket No. 19.

7. On March 22, 2010, the Court entered an Order Striking the Trial Date and Transferring the Civil Action. See Docket No. 20.

8. Claimant Matthew Krane hereby agrees and stipulates to withdraw his claim to the defendant $293,200.00 in United States currency, more or less, and to the forfeiture of the defendant $293,200.00 in United States currency, more or less, to the United States.

9. Claimant Matthew Krane understands and agrees that by entering into this Settlement Agreement, he waives any rights to litigate further any interest or to petition for remission or mitigation of the forfeiture of the currency listed in paragraph a.

10. Claimant Matthew Krane agrees to release and hold harmless the United States, the United States Department of Justice, the United States Department of

STIPULATED SETTLEMENT AGREEMENT
US v. $293,200.00 in United States Currency (CV08-1381-JCC) - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 | Treasury, and employees of the United States, acting in their individual or official
2 | capacities, from any and all claims by Matthew Krane and/or his agents, heirs, successors,
3 | and assigns, which currently exist or which may arise as a result of the seizure of the
4 | defendant currency and the forfeiture actions against the properties listed above.

5 |     11. All parties agree to bear their own costs and attorney's fees.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

DATED: June 10, 2011

_____
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Ste. 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax:   (206) 553-6934
Email: Richard.E.Cohen@usdoj.gov

DATED: 6/10/11

_____
MATTHEW KRANE, *Pro Se*
Claimant

STIPULATED SETTLEMENT AGREEMENT
US v. $293,200.00 in United States Currency (CV08-1381-JCC) - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## ORDER

This Stipulation Agreement in which Claimant Matthew Krane withdraws his claim in the current Civil Forfeiture Action *in rem* as to the defendant $293,200.00 in United States currency, more or less is hereby approved.

DATED this __10__ day of __June__, 2011.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

_____
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Ste. 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax:    (206) 553-6934
Email: Richard.E.Cohen@usdoj.gov

STIPULATED SETTLEMENT AGREEMENT
US v. $293,200.00 in United States Currency (CV08-1381-JCC) - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on June   , 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the claimant(s). I further certify that I served the following individual by U.S. Mail and/or email:

Mr. Matthew G. Krane
1451 N. Kings Road
Los Angeles, CA 90069

          s/ Michael McLaren
          MICHAEL MCLAREN
          FSA Paralegal III
          United States Attorney's Office
          700 Stewart Street, Suite 5220
          Seattle, Washington 98101-1271
          Telephone: 206-553-4381
          Fax No.: 206-553-6934
          E-mail: Michael.McLaren@usdoj.gov

STIPULATED SETTLEMENT AGREEMENT
US v. $293,200.00 in United States Currency (CV08-1381-JCC) - 5

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970